### 21737. HURST *et al. v.* McCALL.

LUKE, J. The issues of fact in this case were determined by the verdict of a jury, supported by ample legal evidence. Such a verdict will not be disturbed by this court. The charge to the jury simply and clearly stated the law applicable to the facts. None of the assignments of error can be sustained. The judgment of the superior court in the premises is, therefore, affirmed.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 10, 1931.

*W. H. Terrell,* for plaintiffs in error.
*Branch & Howard, Bond Almand,* contra.